45D10-2301-CT-000076

Filed: 1/20/2023 10:59 AM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 6

USDC IN/ND case 2:23-cv-00059-JVB-JEM document 3 filed 01/20/23 page 1 of 5

| | | | |
|---|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE LAKE _____ COURT** | |
| | ) SS: | | |
| **COUNTY OF LAKE** | ) | **SITTING AT _____, INDIANA** | |

| | |
|---|---|
| LORI MCKENZIE, TAMMY BARNES, ) | |
| and DARRON BARNES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| UNLIMITED CARRIER INC., and ) | |
| ROBERT BIANCHI, individually and ) | |
| as an employee, agent, and/or servant of ) | |
| UNLIMITED CARRIER INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiffs, LORI MCKENZIE ("Lori"), TAMMY BARNES ("Tammy"), and DARRON BARNES ("Darron"), by counsel, **ALLEN LAW GROUP**, for their Complaint against UNLIMITED CARRIER INC. ("UNLIMITED") and ROBERT BIANCHI, individually and as an employee, agent, and/or servant of UNLIMITED CARRIER INC., ("Bianchi"), allege and state as follows:

1. At all times relevant herein, UNLIMITED was and is an interstate motor carrier and an Illinois corporation with its principal place of business in Will County, Illinois.

2. At all times relevant herein, Lori, Tammy, and Darron were and are residents of Lake County, Indiana.

**EXHIBIT A**

3. On August 31, 2022, Bianchi was a professional truck driver operating a tractor-trailer in Lake County, Indiana, for the pecuniary benefit of UNLIMITED.

4. On August 31, 2022, Bianchi was operating the tractor-trailer under UNLIMITED's interstate motor carrier operating authority and displaying its logo and U.S. DOT number.

5. On August 31, 2022, Bianchi was driving the tractor-trailer northbound on 79th Avenue near Route 30 in Hobart, Lake County, Indiana.

6. On August 31, 2022, Tammy was driving a Chevrolet Malibu northbound on 79th Avenue near Route 30 in Hobart, Lake County, Indiana with Lori as her passenger.

7. At all times relevant herein, there was in full force and effect in the State of Indiana, Ind. Code § 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations ("FMCSRs").

8. On and before August 31, 2022, UNLIMITED and Bianchi were subject to the FMCSRs.

9. On and before August 31, 2022, UNLIMITED had a duty to act reasonably in hiring, entrusting, instructing, supervising, and retaining Bianchi, to transport cargo in interstate commerce, and to adopt and enforce policies, procedures, and rules to ensure that drivers and vehicles operating under its authority were reasonably safe.

10. On and before August 31, 2022, Bianchi had a duty to follow state traffic laws and to operate the tractor-trailer in a reasonable and safe manner as a professional

truck driver should under the circumstances.

11. On and before August 31, 2022, UNLIMITED and Bianchi breached the foregoing duties and were negligent, grossly negligent, reckless, and/or willful and wanton.

12. On August 31, 2022, as a direct and proximate result of the negligence, gross negligence, recklessness, and/or willfulness and wantonness of each of the Defendants, Defendants crashed the tractor-trailer into the driver side of Tammy's vehicle.

13. At all times relevant herein, UNLIMITED exerted authority over Bianchi's operation of the tractor-trailer, the means and methods employed by Bianchi in his work, and provided him with the equipment, including, but not limited to, the tractor-trailer and motor carrier authority necessary to accomplish his assigned tasks. As Bianchi's employer and/or principal, UNLIMITED is vicariously liable for his negligence and conduct.

14. As a direct and proximate result of the foregoing collision, Lori sustained permanent and severe personal injuries, incurred and will incur, hospital, diagnostic, therapeutic, surgical, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life; disability; disfigurement; loss of income and wages; loss of time; impairment of earnings capacity; and sustained other injuries and damages of a personal and pecuniary nature.

15. As a direct and proximate result of the foregoing collision, Tammy

sustained permanent and severe personal injuries, incurred and will incur, hospital, diagnostic, therapeutic, surgical, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, humiliation, loss of enjoyment of life; disability; disfigurement; loss of income and wages; loss of time; impairment of earnings capacity; and sustained other injuries and damages of a personal and pecuniary nature.

16. At all times relevant herein, Tammy and Darron were married.

17. As a direct and proximate result of the aforesaid acts and/or omissions of UNLIMITED and Bianchi and Tammy's proximately resulting injuries, Darron has been deprived of a portion of the love, affection, companionship, services, and consortium of Tammy, which she had ably provided before August 31, 2022, all to Darron's damage in an amount to be determined herein.

WHEREFORE, Plaintiffs, LORI MCKENZIE, TAMMY BARNES, and DARRON BARNES, seek the entry of judgment in their favor and against Defendants, UNLIMITED CARRIER INC. and ROBERT BIANCHI, for compensatory and punitive damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury deem proper under the circumstances.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiffs

/s/ Ryan D. O'Day
Kenneth J. Allen (3857-45)
Ryan D. O'Day (32093-45)

## JURY DEMAND

Plaintiffs demand trial by jury on their Complaint.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiffs

/s/ Ryan D. O'Day
Kenneth J. Allen (3857-45)
Ryan D. O'Day (32093-45)




*Reply to Office Indicated*

☑ **ALLEN LAW BUILDING:**
1109 Glendale Boulevard
Valparaiso, IN 46383
219.465.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **MOKENA OFFICE:**
10062 W. 190th Place
Mokena, IL 60448
815.725.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292